CASCADE HOTEL COMPANY, Respondent, *v.* ORLEANS REAL ESTATE COMPANY, Appellant.

*Cascade Hotel Co.* v. *Orleans Real Estate Co.*, 153 App. Div. 882, appeal dismissed.

(Submitted January 6, 1913; decided January 14, 1913.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 8, 1912, which reversed an order of Special Term granting a motion to set aside a judgment and denied said motion.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*A. Walker Otis* for motion.

*Franklin Bien* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.